UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                        :               <u>Order</u>
UNITED STATES OF AMERICA     : <u>Rescheduling Sentencing</u>
                        :
                        :
                        :  04 Cr. 528   (VM)
                        :
                        :
    - against -            :
                        :
MOHAMMED BABAR            :
                        :
              Defendant.  :
------------------------------------X

Counsel for all parties are advised that the sentencing of defendant Mohammed Babar scheduled before Judge Marrero on June 6, 2008 at 4:30 p.m. is rescheduled to June 13, 2008 at 11:30 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

**Requests for adjournment of the sentencing will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.**

Dated:    New York, New York
          28 February 2008

_____
       Victor Marrero
        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08