**DANIEL J. OLLEN**
ATTORNEY AT LAW
805 THIRD AVENUE
11TH FLOOR
NEW YORK, N. Y. 10022

(212) 619-1245

FACSIMILE
(212) 619-1248

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08

June 11, 2008

**BY FACSIMILE**

Honorable Victor Marrero
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: US v. Mohammed Junaid Babar
04 Cr. 528 (VM)

Dear Judge Marrero:

As you know, I represent Mohammed Junaid Babar, who is scheduled to be sentenced on Friday, June 13, 2008. This letter is written to respectfully request that Mr. Babar's sentencing be adjourned until any date in November that is convenient to the Court. Mr. Babar has been cooperating with the Government for several years and has testified at several trials to date. His cooperation has not yet been completed.

Thank you for your consideration.

Respectfully,

Daniel J. Ollen

cc: AUSA Lisa Baroni

Request GRANTED. The sentencing of defendant Junaid Babar herein is rescheduled to 11-21-08 at 3:30 p.m.

SO ORDERED.

6-12-08
DATE                    VICTOR MARRERO, U.S.D.J.