

U.S. Department of Justice

United States Attorney
Southern District of New York

_____

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 27, 2009

BY HAND

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
┌──────────────────────────────────┐
│ USDS SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____                │
│ DATE FILED: __10-27-09__          │
└──────────────────────────────────┘
```

        Re:    United States v. Mohammed Junaid Babar
               04 Cr. 528 (VM)

Dear Judge Marrero:

        The Government respectfully submits this letter to request the unsealing of the five-count
Information to which Mohammed Junaid Babar pled guilty on June 3, 2004, and the transcript of
his plea proceeding on that date. These materials were sealed by the Court at the time of Babar's
plea, and have remained under seal since that time. The Government is making this request
because Babar is scheduled to testify as a witness for the Government in the trial of United States
v. Hashmi, S1 06 Cr. 442 (LAP), which is scheduled to begin on November 30, 2009, before the
Honorable Loretta A. Preska. Consistent with its obligations under 18 U.S.C. § 3500, the
Government has agreed to provide Babar's prior statements, which include the plea transcript
and the related Information, to the defense by November 2, 2009. The Government has spoken
to Daniel J. Ollen, Esq., counsel for Babar, and he does not object to this request.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

                                By:  _____
                                        Brendan R. McGuire/Iris Lan
                                        Assistant United States Attorneys
                                        (212) 637-2220/2263

Request GRANTED. The Clerk of Court
is directed to unseal the Information
to which defendant Mohammed Babar
pled guilty on 6-3-04.

SO ORDERED:

10-27-09     _____
DATE         VICTOR MARRERO, U.S.D.J.

cc:    Daniel J. Ollen, Esq. (by fax: 212.619.1248)