USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-11

RECEIVED
FEB 24 2011
CHAMBERS OF
JUDGE MARRERO

February 23, 2011

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: US v. Babar, 1:04-cr-00528-VM

Dear Judge Marrero:

Reuters News is writing to request the immediate unsealing of any and all filings, motions, complaints and/or documents in connection with the Mohammed Junaid Babar case.

The Babar case continues to be of great public interest. In your courtroom, Babar admitted to serious terrorism offenses for which he faced up to 70 years in prison but he was released in virtual secrecy two years ago after serving less than five years behind bars. Questions remain about Babar's cooperation agreement with the government, the conditions of his release and what information he possibly could have provided that warranted such a short sentence in December.

We respectfully remind the Court that it is the Court's responsibility to take a proactive role in deciding whether or not to seal court documents. Judge Posner's well-cited *Citizens' First National Bank of Princeton v. Cincinnati Insurance Company*, 178 F.3d 943 (7th Cir. 1999) reminds us that the public's interest is paramount, and it is the role of judges, not self-interested litigants, to determine whether "good cause" for sealing has been shown:

> The determination of good cause cannot be elided by allowing the parties to seal whatever they want, for then the interest in publicity will go unprotected unless the media are interested in the case and move to unseal. The judge is the primary representative of the public interest in the judicial process and is duty-bound therefore to review any request to seal the record (or part of it)...

*Id.* At 945.1

For this reason, we would ask that the Court immediately unseal all records in connection with the Mohammed Junaid Babar case.

Sincerely,

Basil Katz
Reporter
cc:

Mark Egan
Bureau Chief, North East

Shmuel Bulka
Vice President, Principal Legal Counsel

The Government is directed to respond by 3-4-11 to the request set forth above by Reuters News.

**SO ORDERED.**

2-28-11
DATE

VICTOR MARRERO, U.S.D.J.