DANIEL J. OLLEN
ATTORNEY AT LAW
805 THIRD AVENUE
12TH FLOOR
NEW YORK, N. Y. 10022
———
(212) 619-1245
———
FACSIMILE
(212) 619-1248



December 7, 2010

**BY HAND DELIVERY**

Honorable Victor Marrero                    **TO BE FILED UNDER SEAL**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

> Re:  United States v. Mohammed Junaid Babar
>       04 Cr. 528 (VM)

Dear Judge Marrero:

  Enclosed please find a letter from my client, Mohammed Junaid Babar, to the Court relating to his sentencing on December 10, 2010.

Respectfully submitted,

Daniel J. Ollen

cc: AUSA Brendan R. McGuire (by e-mail)

Mohammad Babar

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, N.Y., 10007 .

Dear Judge Marrero,

I, Mohammad Babar respectfully submit this letter before my sentencing on December 10, 2010. I wanted to write in advance and state that I take full responsibility for my actions that led me to my current predicament. I cannot go back and change the past but I regret the actions that I took in the past that led me to here. If I could go back and undo the past, I certainly would. I have no one to blame but myself for the situation that I am in. ███████

████████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

████████████████ I have enrolled in community college to finish my education that I started over a decade ago. With most of my responsibilities finished with the U.S. Southern District for the seeable future, I have been able to start college a new and hopefully get my associate degree with a year and a half. I plan on finishing school and spending time with my family which I have seen is the most important part of my life.

Sincerely

Mohammad Babar