**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



January 26, 2009

BY HAND                              **TO BE FILED UNDER SEAL**

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   United States v. Mohammed Junaid Babar
>        04 Cr. 528 (VM)

Dear Judge Marrero:

   The Government respectfully submits this letter to request a limited unsealing order regarding certain facts concerning the above-referenced defendant's bail status. On November 5, 2008, upon the joint application of the parties, the Court granted the parties' request that the defendant be released on bail ███████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████. Because of the extremely sensitive nature of the defendant's release on bail, the Court filed all of the parties' submissions regarding the bail request under seal.

   From January 26, 2009, through January 28, 2009, Babar is scheduled to testify via video-link for the Crown Prosecution Service in a terrorism trial being conducted in London, England. In order to satisfy its disclosure obligations with respect to Babar, the Crown Prosecution Service ("CPS") is required to advise the defense of certain facts relating to Babar's status. Specifically, the CPS has requested that it be permitted to disclose (i) the fact of Babar's release on bail; (ii) the date of his release on bail (December 18, 2008); and (iii) his bail conditions (regular pre-trial supervision). Accordingly, the Government respectfully requests that the Court endorse this letter to permit the CPS to disclose this information to the defense in order to satisfy its disclosure obligations in connection with Babar's testimony.



Finally, because of the extremely sensitive nature of the information contained herein, the Government respectfully requests that this letter be filed under seal.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____

Brendan R. McGuire/Iris Lan
Assistant United States Attorneys
(212) 637-2220/2263

cc:    Daniel J. Ollen, Esq. (by hand)

SO ORDERED: *The Government is authorized to disclose the information described above with regard to defendant's bail status.*

1-26-09

DATE          VICTOR MARRERO, U.S.D.J.