

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED

FEB 19 2009

February 18, 2009

**BY HAND**                                              **TO BE FILED UNDER SEAL**

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    United States v. Mohammed Junaid Babar
>        04 Cr. 528 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter to request a limited unsealing order regarding the parties' October 27, 2008, letter bail application for the above-referenced defendant. The Court granted the parties' application on November 5, 2008 by memo endorsement. Because of the extremely sensitive nature of the defendant's release on bail, the Court filed all of the parties' submissions regarding the bail request under seal.

On January 27, 2009, and January 28, 2009, Babar testified via video-link for the Crown Prosecution Service ("CPS") in a terrorism re-trial being conducted in London, England. Because of the change in Babar's bail status between the trial and the re-trial, the judge presiding over the re-trial has requested permission to review the parties' letter bail application to determine whether any information contained therein affects Babar's credibility. The presiding judge made clear, however, that he does not want the disclosure to compromise Babar's safety in any way.

In order to satisfy the judge's request, the CPS has requested that it be permitted to disclose the endorsed letter bail application to the presiding judge in camera and ex parte, █████████████████████████████████████████████████████ . Accordingly, the Government respectfully requests that the Court endorse this letter for the sole purpose of permitting the CPS to make the requested disclosure to the presiding judge. Two copies of the endorsed letter bail application, one redacted and one un-redacted, are enclosed for the Court's review.

Finally, because of the extremely sensitive nature of the information contained herein, the Government respectfully requests that this letter be filed under seal.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____

Brendan R. McGuire/Iris Lan
Assistant United States Attorneys
(212) 637-2220/2263

cc: Daniel J. Ollen, Esq. (by hand)

SO ORDERED:

2-19-09 _____
DATE        VICTOR MARRERO, U.S.D.J.

2