**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

**ORIGINAL**

May 25, 2005

**SEALED**

REQUESTED TO BE FILED UNDER SEAL

BY HAND

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED : 4/8/11 |

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Chambers 414
New York, New York 10007

       Re:   United States v. Mohammed Junaid Babar
             04 Cr. 528 (VM)

Dear Judge Marrero:

      The Government respectfully requests that the sentencing of the defendant Mohammed Junaid Babar in the above-referenced case, which is currently scheduled for Friday, June 3, 2005, be adjourned for six months. Daniel Ollen, Esq., counsel to Babar, consents to this application. The Government also respectfully requests that this letter application and any order of the Court regarding this request be filed under seal.

Respectfully submitted,

DAVID N. KELLEY
United States Attorney

By: _____
Lisa A. Baroni
Assistant U.S. Attorney
(212) 637-2405

Request GRANTED. The sentencing of defendant *Mohammed Junaid Babar* herein is rescheduled to 11-4-05 at 4:30 p.m.

SO ORDERED.

5-25-05
DATE

VICTOR MARRERO, U.S.D.J.

cc:  Daniel J. Ollen, Esq.
     20 Vesey Street, Suite 1200
     New York, NY 10007

**SEALED**