**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**SEALED**

December 10, 2008

BY HAND

TO BE FILED UNDER SEAL

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC
ELECTRONICALLY FILED
DOC #: _____
DATE FILED : 4/8/11

              Re:    United States v. Mohammed Junaid Babar
                     04 Cr. 528 (VM)

Dear Judge Marrero:

       The parties have received the Court's order dated November 5, 2008, granting the parties' request that the defendant be released and endorsing the Government's letter dated October 27, 2008. The Government now writes to respectfully request that the Court now endorse this letter for the convenience of the U.S. Marshals Service and the Bureau of Prisons for use in the release and transport of the defendant. Specifically, the Government writes to confirm that the defendant be released on December 18, 2008, and that the defendant be subject to regular pretrial supervision without travel restrictions.

                                           Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney

                                    By:    _____
                                           Brendan R. McGuire/Iris Lan
                                           Assistant United States Attorneys
                                           (212) 637-2220/2263

SO ORDERED:

12-10-08
DATE        VICTOR MARRERO, U.S.D.J.

cc:    Daniel J. Ollen, Esq. (by hand)

**SEALED**